**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY DEAN SOUTH, | ) | NO. CV 01-10117-RGK(E) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. HALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 30, 2009.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE